UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEL JEANNITE,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW CORREIA, et al.,<br><br>  Defendants. | Civil Action No.<br>23-11638-WGY |

## ORDER

**YOUNG, D.J.**

  On August September 7, 2023, the Court denied without prejudice the *in forma pauperis* motion of *pro se* plaintiff Joel Jeannite.  The Court ordered Jeannite to pay the $402 filing fee or file a renewed motion to proceed *in forma pauperis*.  The Court stated that failure to do so within twenty-one days would result in dismissal of this action.

  The deadline for complying with the filing fee order has passed without any response from Jeannite.  Accordingly, the Court orders that this action be dismissed for failure to pay the filing fee.

**So ordered.**

                  /s/ William G. Young
                  William G. Young
                  United States District Judge

Dated: 10/11/2023